No. 939, Misc.   O'SHEA *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.   *William P. Homans, Jr.,* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 946, Misc.   CHUNING *v.* KANSAS.   Sup. Ct. Kan. Certiorari denied.   *Robert C. Londerholm,* Attorney General of Kansas, and *Edward G. Collister, Jr.,* Assistant Attorney General, for respondent.

No. 953, Misc.   LANGLEY *v.* CONNECTICUT.   Sup. Ct. Conn.   Certiorari denied.

No. 967, Misc.   WILSON ET AL. *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 985, Misc.   WILKES *v.* LaVALLEÈ, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 987, Misc.   GIBSON *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   *James R. Willis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Marshall Tamor Golding* for the United States.

No. 992, Misc.   KROLL *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.